RECEIVED
IN MONROE, LA
MAY 25 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ABDEL RAHMAN M. ALI** | **CIV. ACTION NO. 06-0401** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **ALBERTO GONZALES, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, concurring with the Magistrate Judge's findings under the applicable law, and based on the additional evidence presented with Respondents' Supplemental Answer and Return to Petition for Writ of Habeas Corpus [Doc. No. 10],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DISMISSED WITHOUT PREJUDICE.

MONROE, LOUISIANA, this 24 day of May, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE